# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142222

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 142222
      COA: 300103
      Lenawee CC: 09-014438-FC

CHAD ALLYN KING,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 13, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

h0418